■ In the Matter of ROBERT S. HONDZINSKI, Respondent, v COUNTY OF ERIE et al., Appellants. — Judgment unanimously affirmed, with costs, for the reasons stated at Special Term, Serra, J. (Appeal from judgment of Erie Supreme Court, Serra, J. — art 78.) Present — Dillon, P. J., Simons, Hancock, Jr., Denman and Schnepp, JJ.